UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAWFORD,

    Plaintiff,

-against-

EXLSERVICE.COM, LLC, et al.,

    Defendants.

16 Civ. 9137 (LAP)

ORDER



LORETTA A. PRESKA, Senior United States District Judge:

At the final pretrial conference held on November 20, it was ordered that:

1) Because of the lack of notice of videotaping, the video portion of Plaintiff's deposition may not be played.

2) The 10-Ks and stock tables relating to the Defendant company may be received.

3) Because of defense counsel's wholesale designations of deposition testimony for Plaintiff and Mr. Minocha, Defendants' designations are stricken. Defendants may redesignate properly no later than Friday, November 22.

4) As agreed by the parties, there will be no mention of the availability of insurance.

5) Evidence of the compensation history of Messrs. Bloom, Bagai, and Kapoor will be received.

6) Messrs. Jetley, Rai, Vachani, Shivjumar, Miglani, and Minocha will appear as live witnesses for the Defendants. In order to avoid their having to appear twice, Plaintiff

need not call them in her direct case but will be permitted to elicit testimony for her case as part of those witnesses' cross examination. Defendants may make their Rule 50 motion at the end of the defense case.

7) Trial will be bifurcated only as to punitive damages. If the jurors indicate that they are inclined to award punitive damages, evidence will then be received on that topic. The request to bifurcate liability and damages is denied.

SO ORDERED.

Dated: New York, New York
November 21, 2019

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge