USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY F. CRAWFORD,

    Plaintiff,

-against-

EXLSERVICE.COM, LLC, et al.,

    Defendants.

16 Civ. 9137 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Plaintiff's letter dated November 21, 2019 [dkt. no. 121] requesting clarification of the Court's order dated November 21, 2019 [dkt. no. 120].

The Court orders that Mr. Dhananjav Khana may testify as to his own personal knowledge, but not on any Rule 30(b)(6) topics. The Court further orders that, as stated in its prior ruling dated November 14, 2019 [dkt. no. 99], Mr. Shivkumar's deposition testimony may be used at trial in light of his unavailability.

SO ORDERED.

Dated:    New York, New York
          November 22, 2019

*Loretta A. Preska*

LORETTA A. PRESKA
Senior United States District Judge

1