UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARY F. CRAWFORD

                Plaintiff,

-against-

EXLSERVICES.COM, LLC, *et al.*,

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

16 Civ. 9137 (LAP) (DCF)

**[PROPOSED] ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby ORDERED that Courtroom Connect, a Southern District of New York contracted vendor, is authorized to provide Plaintiff in the matter of *Crawford v. EXLServices.com, LLC, et al.*, 16 Civ. 9137, with Internet connectivity in Courtroom 12A for the duration of the proceedings, set to begin on December 2, 2019. Courtroom Connect can proceed to make proper arrangements with the District Executive Office of the Court.

SO ORDERED

_/s/ Loretta A. Preska_
Date

November 25, 2019
LORETTA A. PRESKA
Senior United States District Judge