UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAWFORD,

        Plaintiff,

-against-

EXLSERVICE.COM, LLC, et al.,

        Defendants.

16 Civ. 9137 (LAP)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11-27-19

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer with respect to the proposed jury instructions and shall submit to the Court no later than December 9 a single document reflecting agreed upon jury instructions and items as to which the parties disagree.

    For the reasons stated in the Court's order of November 27, Ms. Saltzman's motion to quash [dkt. no. 135] is granted.

SO ORDERED.

Dated:    New York, New York
           November 27, 2019

                                   _____
                                   LORETTA A. PRESKA
                                   Senior United States District Judge