

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAWFORD,

        Plaintiff,

-against-

EXLSERVICE.COM, LLC, et al.,

        Defendants.

16 Civ. 9137 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Defendants' motion to reconsider its decision to permit Nancy Saltzman, Esq., former General Counsel of the corporate defendant, to testify at trial concerning, inter alia, her personal knowledge concerning discriminatory conduct or practices during her tenure at EXL. Because Defendants have not proffered any facts or law which the Court overlooked in making its determination (but instead merely rehash their prior arguments,) the motion [dkt. no. 128] is denied.

    With respect to Plaintiff's motion to quash Defendants' November 26, 2019 deposition subpoena to Ms. Saltzman [dkt. no. 130], that motion is granted. As pointed out in Plaintiff's counsel's November 26 letter, Defendants have long been on notice of Plaintiff's position that Ms. Saltzman had information about Defendants' alleged discrimination, harassment, or retaliation. Instead of taking her deposition during the period of fact discovery, Defendants apparently decided to move to

1

preclude her as a witness instead.  Having lost that motion, Defendants now seek to burden everyone involved by seeking Ms. Saltzman's deposition on three days' notice for the day after Thanksgiving and the Friday before the Monday trial.  All of this is too late.  Defendants have made their bed and now they have to lie in it.  Accordingly, the motion to quash the subpoena [dkt. no. 130] is granted.

For the same reasons, Defendants' request to call "at least" the seven witnesses listed in their November 26 letter [dkt. no. 128] to testify in response to Ms. Saltzman's testimony is denied.

For the same reasons, Defendants' request to adjourn the trial date [dkt. no. 128] is also denied.

SO ORDERED.

Dated:   New York, New York
         November 27, 2019

_____
LORETTA A. PRESKA
Senior United States District Judge